IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 6:21-CR-03108-1-BCW |
| BILLY PUCKETT, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation (Doc. #31) denying Puckett's Motion to Suppress Evidence (Doc. #20). The Government responded to the motion (Doc. #25) on April 29, 2022. An evidentiary hearing was held on May 18, 2022. (Doc. #28).

Magistrate Judge Rush issued the Report and Recommendation on June 30, 2022. (Doc. #31). Defendant objected to the Report and Recommendation on August 19, 2022. (Doc. #35). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #31), Defendant's Motion to Suppress Evidence (Doc. #20) is DENIED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 14, 2022

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT